## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX TRADING LTD., ISLAND BAY VENTURES INC., and CLIFTON BAY INVESTMENTS LLC f/k/a ALAMEDA RESEARCH VENTURES LLC, | |
| Plaintiffs, | Adv. Pro. No. 24- 50209 (JTD) |
| - against - | |
| SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE GP HOLDINGS LLC, DIGITAL MACRO FUND LP f/k/a SKYBRIDGE COIN FUND LP, SALT VENTURE GROUP LLC, ANTHONY SCARAMUCCI, and BRETT MESSING, | |
| Defendants. | |

### SUMMONS AND NOTICE OF PRETRIAL
### CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within thirty (30) days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within thirty-five (35) days.

Address of Clerk:

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

---

1    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0078229.}

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' attorneys:

**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail:  landis@lrclaw.com
       cobb@lrclaw.com
       mcguire@lrclaw.com
       robertson@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Stephen Ehrenberg (admitted pro hac vice)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: ehrenbergs@sullcrom.com
       gluecksteinb@sullcrom.com
       dunnec@sullcrom.com
       crokej@sullcrom.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

**Address:  United States Bankruptcy Court**
          **824 Market Street**
          **Wilmington, DE 19801**

**Room:**
**5th Floor, Courtroom No. 5**

**Date and Time:**
**January 23, 2025 at 10:00 a.m. (ET)**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

Dated: November 14, 2024

*/s/ Una O'Boyle*
*Clerk of the Bankruptcy Court*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX TRADING LTD., ISLAND BAY VENTURES INC., and CLIFTON BAY INVESTMENTS LLC f/k/a ALAMEDA RESEARCH VENTURES LLC, | |
| Plaintiffs, | Adv. Pro. No. 24- 50209 (JTD) |
| - against - | |
| SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE GP HOLDINGS LLC, DIGITAL MACRO FUND LP f/k/a SKYBRIDGE COIN FUND LP, SALT VENTURE GROUP LLC, ANTHONY SCARAMUCCI, and BRETT MESSING, | |
| Defendants. | |

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation,

---

1  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

mediation/arbitration and arbitration.  In each, the process is presided over by an impartial third party, called the "neutral."

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you.  It fosters an environment where offers can be discussed and exchanged.  In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement.  The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential.  You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator.  At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision.  If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding.  If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

Dated: November 14, 2024                          */s/ Una O'Boyle*
                                                            Clerk of Court

AFFIDAVIT OF SERVICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                           Chapter 11

FTX TRADING LTD., et al.,[1]                     Case No. 22-11068 (JTD)

     Debtors.                              (Jointly Administered)

FTX TRADING LTD., ISLAND BAY
VENTURES INC., and CLIFTON BAY
INVESTMENTS LLC f/k/a ALAMEDA
RESEARCH VENTURES LLC

     Plaintiffs,                           Adv. Pro. No. 24-50209 (JTD)

-against-

SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE
GP HOLDINGS LLC, DIGITAL MACRO FUND
LP f/k/a SKYBRIDGE COIN FUND LP, SALT
VENTURE GROUP LLC, ANTHONY
SCARAMUCCI, and BRETT MESSING

     Defendants.

| | |
|---|---|
| STATE OF DELAWARE | } |
| | }ss. |
| COUNTY OF NEW CASTLE | } |

I, Lisa Joyner, of Parcels Inc., the State of Delaware, County of New Castle, being duly sworn, say that on the 15th day of November, 2024 at 12:43 p.m., I personally served a copy of a SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING with supporting documents on **SkyBridge Capital II, LLC** by serving the registered agent, Corporate Creations Network Inc at 1521 Concord Pike, Suite 201, Wilmington, DE 19803.

Name of individual accepting service: Felicia Simmons- authorized to accept.
Description of individual: African-American female, 35-40 yrs. old, 170 lbs., 5'5" with black hair.

Subscribed and sworn before me
This 18th day of November, 2024

_____
Notary Public
My commission expires: _____

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026

AFFIDAVIT OF SERVICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al.,[1]

    Debtors.

FTX TRADING LTD., ISLAND BAY
VENTURES INC., and CLIFTON BAY
INVESTMENTS LLC f/k/a ALAMEDA
RESEARCH VENTURES LLC

    Plaintiffs,

-against-

SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE
GP HOLDINGS LLC, DIGITAL MACRO FUND
LP f/k/a SKYBRIDGE COIN FUND LP, SALT
VENTURE GROUP LLC, ANTHONY
SCARAMUCCI, and BRETT MESSING

    Defendants.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

Adv. Pro. No. 24-50209 (JTD)

| | |
|---|---|
| STATE OF DELAWARE | } |
| | } ss. |
| COUNTY OF NEW CASTLE | } |

I, Lisa Joyner, of Parcels Inc., the State of Delaware, County of New Castle, being duly sworn, say that on the 15th day of November, 2024 at 12:43 p.m., I personally served a copy of a SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING with supporting documents on **SkyBridge GP Holdings LLC** by serving the registered agent, Corporate Creations Network Inc at 1521 Concord Pike, Suite 201, Wilmington, DE 19803.

Name of individual accepting service: Felicia Simmons- authorized to accept.
Description of individual: African-American female, 35-40 yrs. old, 170 lbs., 5'5" with black hair.

Subscribed and sworn before me
This 18th day of November, 2024

_____
Notary Public
My commission expires: _____

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026

AFFIDAVIT OF SERVICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              Chapter 11

FTX TRADING LTD., et al.,[1]
                                                    Case No. 22-11068 (JTD)
        Debtors.
                                                    (Jointly Administered)
FTX TRADING LTD., ISLAND BAY
VENTURES INC., and CLIFTON BAY
INVESTMENTS LLC f/k/a ALAMEDA
RESEARCH VENTURES LLC
                                                    Adv. Pro. No. 24-50209 (JTD)
        Plaintiffs,

-against-

SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE
GP HOLDINGS LLC, DIGITAL MACRO FUND
LP f/k/a SKYBRIDGE COIN FUND LP, SALT
VENTURE GROUP LLC, ANTHONY
SCARAMUCCI, and BRETT MESSING

        Defendants.

STATE OF DELAWARE        }
                         }ss.
COUNTY OF NEW CASTLE     }

I, Lisa Joyner, of Parcels Inc., the State of Delaware, County of New Castle, being duly sworn,
say that on the 15th day of November, 2024 at 12:43 p.m., I personally served a copy of a
SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY
PROCEEDING with supporting documents on **Digital Macro Fund LP f/k/a SkyBridge Coin
Fund LP** by serving the registered agent, Corporate Creations Network Inc at 1521 Concord
Pike, Suite 201, Wilmington, DE 19803.

Name of individual accepting service: Felicia Simmons- authorized to accept.
Description of individual: African-American female, 35-40 yrs. old, 170 lbs., 5'5" with black
hair.

Subscribed and sworn before me
This 18th day of November, 2024

Notary Public
My commission expires:

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026

AFFIDAVIT OF SERVICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al.,[1]

    Debtors.

FTX TRADING LTD., ISLAND BAY
VENTURES INC., and CLIFTON BAY
INVESTMENTS LLC f/k/a ALAMEDA
RESEARCH VENTURES LLC

    Plaintiffs,

-against-

SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE
GP HOLDINGS LLC, DIGITAL MACRO FUND
LP f/k/a SKYBRIDGE COIN FUND LP, SALT
VENTURE GROUP LLC, ANTHONY
SCARAMUCCI, and BRETT MESSING

    Defendants.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

Adv. Pro. No. 24-50209 (JTD)

| | |
|---|---|
| STATE OF DELAWARE | } |
| | }ss. |
| COUNTY OF NEW CASTLE | } |

I, Lisa Joyner, of Parcels Inc., the State of Delaware, County of New Castle, being duly sworn, say that on the 15th day of November, 2024 at 12:43 p.m., I personally served a copy of a SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING with supporting documents on **SALT Venture Group LLC** by serving the registered agent, Corporate Creations Network Inc at 1521 Concord Pike, Suite 201, Wilmington, DE 19803.

Name of individual accepting service: Felicia Simmons- authorized to accept.
Description of individual: African-American female, 35-40 yrs. old, 170 lbs., 5'5" with black hair.

Subscribed and sworn before me
This 18th day of November, 2024

_____
Notary Public
My commission expires: _____

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026

AFFIDAVIT OF SERVICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al.,[1]

    Debtors.

FTX TRADING LTD., ISLAND BAY
VENTURES INC., and CLIFTON BAY
INVESTMENTS LLC f/k/a ALAMEDA
RESEARCH VENTURES LLC

    Plaintiffs,

-against-

SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE
GP HOLDINGS LLC, DIGITAL MACRO FUND
LP f/k/a SKYBRIDGE COIN FUND LP, SALT
VENTURE GROUP LLC, ANTHONY
SCARAMUCCI, and BRETT MESSING

    Defendants.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

Adv. Pro. No. 24-50209 (JTD)

---

| | | |
|---|---|---|
| STATE OF DELAWARE | } | |
| | }ss. | |
| COUNTY OF NEW CASTLE | } | |

I, Lisa Joyner, of Parcels Inc., the State of Delaware, County of New Castle, being duly sworn, say that on the 15th day of November, 2024 at 12:43 p.m., I personally served a copy of a SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING with supporting documents on **Anthony Scaramucci** c/o SkyBridge Capital II, LLC by serving the registered agent, Corporate Creations Network Inc at 1521 Concord Pike, Suite 201, Wilmington, DE 19803.

Name of individual accepting service: Felicia Simmons- authorized to accept.
Description of individual: African-American female, 35-40 yrs. old, 170 lbs., 5'5" with black hair.

Subscribed and sworn before me
This 18th day of November, 2024

_____
Notary Public
My commission expires:_____

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026

AFFIDAVIT OF SERVICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al.,[1]

    Debtors.

FTX TRADING LTD., ISLAND BAY
VENTURES INC., and CLIFTON BAY
INVESTMENTS LLC f/k/a ALAMEDA
RESEARCH VENTURES LLC

    Plaintiffs,

-against-

SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE
GP HOLDINGS LLC, DIGITAL MACRO FUND
LP f/k/a SKYBRIDGE COIN FUND LP, SALT
VENTURE GROUP LLC, ANTHONY
SCARAMUCCI, and BRETT MESSING

    Defendants.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

Adv. Pro. No. 24-50209 (JTD)

| | |
|---|---|
| STATE OF DELAWARE | } |
| | } ss. |
| COUNTY OF NEW CASTLE | } |

I, Lisa Joyner, of Parcels Inc., the State of Delaware, County of New Castle, being duly sworn, say that on the 15th day of November, 2024 at 12:43 p.m., I personally served a copy of a SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING with supporting documents on **Brett Messing** c/o SkyBridge Capital II, LLC by serving the registered agent, Corporate Creations Network Inc at 1521 Concord Pike, Suite 201, Wilmington, DE 19803.

Name of individual accepting service: Felicia Simmons- authorized to accept.
Description of individual: African-American female, 35-40 yrs. old, 170 lbs., 5'5" with black hair.

Subscribed and sworn before me
This 18th day of November, 2024

_____
Notary Public
My commission expires: _____

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX TRADING LTD., ISLAND BAY VENTURES INC., and CLIFTON BAY INVESTMENTS LLC f/k/a ALAMEDA RESEARCH VENTURES LLC, | |
| Plaintiffs,<br>-against- | |
| SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE GP HOLDINGS LLC, DIGITAL MACRO FUND LP f/k/a SKYBRIDGE COIN FUND LP, SALT VENTURE GROUP LLC, ANTHONY SCARAMUCCI, and BRETT MESSING, | Adv. Pro. No. 24-50209 (JTD) |
| Defendant. | |

**AFFIDAVIT OF SERVICE**

STATE OF <u>DELAWARE</u>        )
                                                  ) ss:
COUNTY OF <u>NEW CASTLE</u>  )


I, Lisa Joyner, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on 11/15/2024, service of the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* along with the *Notice of Dispute Resolutions Alternatives* and the Complaint [Adv. D.I. 1] filed in the above captioned action was made on Defendants Anthony Scaramucci and Brett Messing by regular, first class United States mail, postage fully pre-paid, as indicated on **Exhibit A**, attached hereto.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0078298.}

Under penalty of perjury, I declare that the foregoing is true and correct.

8/15/24
_____
Date

_____
Signature


SWORN AND SUBSCRIBED before me
This 18 day of November 2024.

_____
Notary

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026

**EXHIBIT A**

{1368.002-W0078298.}

## EXHIBIT A

-Served Anthony Scaramucci at 45 Plymouth Road Manhasset, New York 11030 via first class mail.

-Served Brett Messing at 10000 Santa Monica Boulevard, Unit 507, Los Angeles, California 90067 via first class mail