## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD., ISLAND BAY VENTURES, INC., and CLIFTON BAY INVESTMENTS LLC f/k/a ALAMEDA RESEARCH VENTURES LLC, | |
| Plaintiffs, | Adv. Pro. No. 24-50209 (JTD) |
| - against - | |
| SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE GP HOLDINGS LLC, DIGITAL MACRO FUND LP f/k/a SKYBRIDGE COIN FUND LP, SALT VENTURE GROUP LLC, ANTHONY SCARAMUCCI, and BRETT MESSING, | |
| Defendants. | |
| | **Re: Adv. Docket Nos. 1 & 14** |

### DEFENDANTS' MOTION
### TO COMPEL ARBITRATION AND TO DISMISS AND/OR STAY

SkyBridge Capital II, LLC, SkyBridge GP Holdings LLC, Digital Macro Fund LP f/k/a

SkyBridge Coin Fund LP, SALT Ventures Group LLC, Anthony Scaramucci, and Brett Messing

(collectively, "Defendants") submit this motion (the "Motion") requesting that the Court

(i) compel arbitration and dismiss Counts 5 – 9 and 12 – 13 of the *Complaint for Avoidance and*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Recovery of Transfers and Obligations Pursuant to 11 U.S.C. §§ 105, 544, 548, and 550 and Del. Code Ann. Tit. 6, §§ 1304 and 1305, for Unjust Enrichment, for Breach of Contract, for Breach of Fiduciary Duties, for Aiding and Abetting Breach of Fiduciary Duties, and for Disallowance of Claims Pursuant to 11 U.S.C. § 502* (the "Complaint") [D.I. 1] filed by FTX Trading Ltd., Island Bay Ventures Inc., and Clifton Bay Investments LLC f/k/a Alameda Research Ventures LLC (collectively, "Plaintiffs"), and (ii) stay the remaining claims in Counts 1 – 4 and 10 – 11 pending arbitration, or (iii) in the alternative, dismiss Counts 1 – 11 under Rule 12(b)(1), Rule 12(b)(6) and/or Rule 23.1 of the Federal Rules of Civil Procedure.  In support of this Motion, Defendants rely upon the accompanying *Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay* (the "Memorandum") and the *Declaration of Jonathan Youngwood in Support of Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay*, filed contemporaneously herewith.

Pursuant to Federal Rule of Bankruptcy Procedure 7012 and rule 7012 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Defendants do not consent to the entry of a final order or judgment by the Court in connection with this Motion if it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

WHEREFORE, for the reasons set forth in the Memorandum, Defendants respectfully request that the Court grant this Motion and enter an order substantially in the form attached hereto as **Exhibit A**, compelling arbitration and dismissing Counts 5 – 9 and 12 – 13 of the Complaint without prejudice and staying the remaining claims in Counts 1 – 4 and 10 – 11 pending arbitration and granting any other and further relief as the Court deems just and proper.

Dated: January 24, 2025
      Wilmington, Delaware

Respectfully submitted,

*/s/ James R. Risener III*

Jeremy W. Ryan (No. 4057)
Jaclyn C. Levy (No. 5631)
James R. Risener III (No. 7334)
Ethan H. Sulik (No. 7270)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email:      jryan@potteranderson.com
           jlevy@potteranderson.com
           jrisener@potteranderson.com
           esulik@potteranderson.com

-and-

Jonathan K. Youngwood (admitted *pro hac vice*)
Nicholas Baker (admitted *pro hac vice*)
Batoul Husain (admitted *pro hac vice*)
Ashley Gherlone (admitted *pro hac vice*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Email:      jyoungwood@stblaw.com
           nbaker@stblaw.com
           batoul.husain@stblaw.com
           ashley.gherlone@stblaw.com

*Counsel for Defendants*