## **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD., ISLAND BAY VENTURES, INC., and CLIFTON BAY INVESTMENTS LLC f/k/a ALAMEDA RESEARCH VENTURES LLC, | |
| Plaintiffs, | Adv. Pro. No. 24-50209 (JTD) |
| - against - | |
| SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE GP HOLDINGS LLC, DIGITAL MACRO FUND LP f/k/a SKYBRIDGE COIN FUND LP, SALT VENTURE GROUP LLC, ANTHONY SCARAMUCCI, and BRETT MESSING, | |
| Defendants. | **Re: Adv. Docket Nos. 1, 14 & __** |

**ORDER GRANTING DEFENDANTS' MOTION
TO COMPEL ARBITRATION AND TO DISMISS AND/OR STAY**

Upon *Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay*

(the "Motion");[2] and due and proper notice of the Motion having been provided; and the Court

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to them in the Motion and/or the Memorandum.

having reviewed the Motion, the Memorandum, and responses to the Motion, and any reply in further support of the Motion; and the Court having determined that the legal and factual bases set forth in the Motion and Memorandum establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      With respect to Counts 5 – 9 and 12 – 13 of the Complaint, Plaintiffs are directed to participate in arbitration proceedings in accordance with the SkyBridge LLCAs, the Subscription Agreement, and the SALT Sponsor Agreement, as applicable, and such claims are dismissed without prejudice.

3.      Counts 1 – 4 and 10 – 11 of the Complaint are hereby stayed pending the respective arbitrations referenced above.

4.      The Defendants are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.