## <u>CERTIFICATE OF SERVICE</u>

I, Jeremy W. Ryan, do hereby certify that on January 24, 2025, a copy of the foregoing *Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay* was served on the below parties in the manner indicated.

 */s/ Jeremy W. Ryan*

Jeremy W. Ryan (No. 4057)

Adam G. Landis, Esq.
Richard Cobb, Esq.
Matthew B. McGuire, Esq.
Howard W. Robertson IV, Esq.
Matthew R. Pierce, Esq.
**LANDIS RATH & COBB LLP**
919 N. Market Street
Suite 1800
Wilmington, DE 19801
Email : landis@lrclaw.com
    cobb@lrclaw.com
    mcguire@lrclaw.com
    robertson@lrclaw.com

*Counsel for the Plaintiffs*

**By Electronic Mail**

Stephen Ehrenberg, Esq.
Brian D. Glueckstein, Esq.
Christopher J. Dunne, Esq.
Jacob M. Croke, Esq.
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Email:  ehrenbergs@sullcrom.com
    gluecksteinb@sullcrom.com
    dunnec@sullcrom.com
    crokej@sullcrom.com

*Counsel for the Plaintiffs*

**By Electronic Mail**

11996142