**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD., ISLAND BAY VENTURES, INC., and CLIFTON BAY INVESTMENTS LLC f/k/a ALAMEDA RESEARCH VENTURES LLC,<br><br>        Plaintiffs,<br><br>    - against -<br><br>SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE GP HOLDINGS LLC, DIGITAL MACRO FUND LP f/k/a SKYBRIDGE COIN FUND LP, SALT VENTURE GROUP LLC, ANTHONY SCARAMUCCI, and BRETT MESSING,<br><br>        Defendants. | Adv. Pro. No. 24-50209 (JTD) |

**ORDER GRANTING DEFENDANTS'
MOTION TO EXCEED THE PAGE LIMIT WITH RESPECT TO
THE MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'
MOTION TO COMPEL ARBITRATION AND TO DISMISS AND/OR STAY**

Upon consideration of the *Defendants' Motion to Exceed the Page Limit with Respect to the Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay* (the "Motion"), and sufficient cause appearing therefore;

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2

**IT IS HEREBY ORDERED THAT**

1.	The Motion is GRANTED.

2.	Defendants[2] are authorized to file an Opening Brief of up to 56 pages exclusive of the tables of contents and citations.

---

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to them in the Motion.