## **CERTIFICATE OF SERVICE**

I, Jeremy W. Ryan, do hereby certify that on January 29, 2025, a copy of the foregoing *Declaration of Jonathan Youngwood in Support of Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay* was served on the below parties in the manner indicated.

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (No. 4057)

| | |
|---|---|
| Adam G. Landis, Esq. | Stephen Ehrenberg, Esq. |
| Richard Cobb, Esq. | Brian D. Glueckstein, Esq. |
| Matthew B. McGuire, Esq. | Christopher J. Dunne, Esq. |
| Howard W. Robertson IV, Esq. | Jacob M. Croke, Esq. |
| Matthew R. Pierce, Esq. | **SULLIVAN & CROMWELL LLP** |
| **LANDIS RATH & COBB LLP** | 125 Broad Street |
| 919 N. Market Street | New York, NY 10004 |
| Suite 1800 | Email:  ehrenbergs@sullcrom.com |
| Wilmington, DE 19801 | gluecksteinb@sullcrom.com |
| Email : landis@lrclaw.com | dunnec@sullcrom.com |
| cobb@lrclaw.com | crokej@sullcrom.com |
| mcguire@lrclaw.com | |
| robertson@lrclaw.com | *Counsel for the Plaintiffs* |
| *Counsel for the Plaintiffs* | ***By Electronic Mail*** |
| ***By Electronic Mail*** | |

12003699