# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD., ISLAND BAY VENTURES, INC., and CLIFTON BAY INVESTMENTS LLC f/k/a ALAMEDA RESEARCH VENTURES LLC, | |
| Plaintiffs, | Adv. Pro. No. 24-50209 (JTD) |
| - against - | |
| SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE GP HOLDINGS LLC, DIGITAL MACRO FUND LP f/k/a SKYBRIDGE COIN FUND LP, SALT VENTURE GROUP LLC, ANTHONY SCARAMUCCI, and BRETT MESSING, | |
| Defendants. | |

**CERTIFICATE OF NO OBJECTION REGARDING THE DEFENDANTS' MOTION TO EXCEED THE PAGE LIMIT WITH RESPECT TO THE MEMORANDUM OF LAW IN SUPPORT OF THE DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO DISMISS AND/OR STAY**

The undersigned hereby certifies that on January 24, 2025, Defendants SkyBridge Capital II, LLC, SkyBridge GP Holdings LLC, Digital Macro Fund LP f/k/a SkyBridge Coin Fund LP, SALT Venture Group LLC, Anthony Scaramucci, and Brett Messing (collectively, the "Defendants"), in the above-captioned adversary proceeding (the "Adversary Proceeding"), filed

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

11075143v.2

the *Defendants' Motion to Exceed the Page Limit with Respect to the Memorandum of Law in Support of the Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay* [D.I. 25] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

Attached to the Motion as **Exhibit A** was a proposed form of order approving the relief requested in the Motion (the "Proposed Order"). Pursuant to Rule 7007-1(a) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, any response or objection to the relief requested in the Motion was to be filed and served no later than February 7, 2025 (the "Response Deadline").

The undersigned further certifies that as of the Response Deadline, no answer, objection, or other responsive pleading to the Motion was received by the Defendants or has appeared on the Courts' docket in this case.

WHEREFORE, the Defendants respectfully request that the Proposed Order, attached to the Motion, be entered at the earliest convenience of the Court.

[*Remainder of Page Left Intentionally Blank*]

11075143v.2

Dated: February 12, 2025
Wilmington, Delaware

/s/ *James R. Risener III*
Jeremy W. Ryan (No. 4057)
Jaclyn C. Levy (No. 5631)
James R. Risener III (No. 7334)
Ethan H. Sulik (No. 7270)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email:      jryan@potteranderson.com
            jlevy@potteranderson.com
            jrisener@potteranderson.com
            esulik@potteranderson.com

-and-

Jonathan K. Youngwood (admitted *pro hac vice*)
Nicholas Baker (admitted *pro hac vice*)
Batoul Husain (admitted *pro hac vice*)
Ashley Gherlone (admitted *pro hac vice*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Email:      jyoungwood@stblaw.com
            nbaker@stblaw.com
            batoul.husain@stblaw.com
            ashley.gherlone@stblaw.com

*Counsel for Defendants*