**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>       Plaintiff,<br><br>       - against -<br><br>SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE GP HOLDINGS LLC, DIGITAL MACRO FUND LP f/k/a SKYBRIDGE COIN FUND LP, SALT VENTURE GROUP LLC, ANTHONY SCARAMUCCI, and BRETT MESSING,<br><br>       Defendants. | Adv. Pro. No. 24-50209 (JTD)<br><br><br><br><br><br><br><br>**Re: Adv. Docket Nos. 24, 29, 31 & 36** |

**NOTICE OF FILING OF REVISED PROPOSED**
**REDACTED VERSION OF DECLARATION OF JONATHAN**
**YOUNGWOOD IN SUPPORT OF DEFENDANTS' MOTION**
**TO COMPEL ARBITRATION AND TO DISMISS AND/OR STAY**

**PLEASE TAKE NOTICE** that, on January 24, 2025, Defendants SkyBridge Capital II, LLC, SkyBridge GP Holdings LLC, Digital Macro Fund LP f/k/a SkyBridge Coin Fund LP, SALT Venture Group LLC, Anthony Scaramucci, and Brett Messing (collectively, the "Defendants"), filed the *Declaration of Jonathan Youngwood in Support of Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay* [D.I. 24] (the "Youngwood Declaration") under seal.

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**PLEASE TAKE FURTHER NOTICE** that on January 29, 2025, the Defendants filed the *Motion for Entry of an Order Authorizing Filing of Documents Under Seal* [D.I. 29] (the "Motion"), seeking to redact in full certain exhibits attached to the Youngwood Declaration.

**PLEASE TAKE FURTHER NOTICE** that, on January 29, 2025, the Defendants also filed a proposed redacted copy of the Youngwood Declaration [D.I. 31].

**PLEASE TAKE FURTHER NOTICE** that, on February 12, 2025, the FTX Recovery Trust (the "Plaintiff") filed the *Plaintiffs' Opposition to Defendants' Motion for Entry of an Order Authorizing Filing of Documents Under Seal* [D.I. 36] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that, the Defendants and the Plaintiff have conferred regarding the Motion and have resolved the Objection, and attached hereto as **Exhibit A** is a revised proposed redacted copy of the Youngwood Declaration.

[*Remainder of Page Left Intentionally Blank*]

Dated: February 20, 2025
    Wilmington, Delaware

*/s/ Ethan H. Sulik*
Jeremy W. Ryan (No. 4057)
Jaclyn C. Levy (No. 5631)
James R. Risener III (No. 7334)
Ethan H. Sulik (No. 7270)
Andrew C. Ehrmann (No. 7395)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: jryan@potteranderson.com
    jlevy@potteranderson.com
    jrisener@potteranderson.com
    esulik@potteranderson.com
    aehrmann@potteranderson.com

-and-

Jonathan K. Youngwood (admitted *pro hac vice*)
Nicholas Baker (admitted *pro hac vice*)
Batoul Husain (admitted *pro hac vice*)
Ashley Gherlone (admitted *pro hac vice*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Email: jyoungwood@stblaw.com
    nbaker@stblaw.com
    batoul.husain@stblaw.com
    ashley.gherlone@stblaw.com

*Counsel for the Defendants*

3

12058483v.2