# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| FTX RECOVERY TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | Adv. Proc. No. 24-50209 (KBO) |
| | ) | |
| SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE GP HOLDINGS LLC, DIGITAL MACRO FUND LP f/k/a SKYBRIDGE COIN FUND LP, SALT VENTURE GROUP LLC, ANTHONY SCARAMUCCI, and BRETT MESSING, | ) | **Related to Docket No. 26** |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING IN PART DEFENDANTS' MOTION TO STAY DISCOVERY PENDING A RULING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO DISMISS AND OR/STAY

For the reasons set forth in the accompanying Letter, it is hereby ordered that:

1. *Defendants' Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay* [D.I. 26] is granted as set forth herein.

2. The discovery deadlines set forth in paragraph 3 of the *Case Management Plan*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

2

*and Scheduling Order* [D.I. 14] are hereby stayed until further order of this Court.

      3.      Notwithstanding, discovery is permitted on any arbitrability issues as necessary and appropriate.

Dated: June 2, 2025  
Wilmington, Delaware

                              Karen B. Owens  
                              Chief Judges