IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| FTX RECOVERY TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | Adv. Proc. No. 24-50209 (KBO) |
| | ) | |
| SKYBRIDGE CAPITAL II, LLC, | ) | **Related to Docket No. 22** |
| SKYBRIDGE GP HOLDINGS LLC, | ) | |
| DIGITAL MACRO FUND LP f/k/a | ) | |
| SKYBRIDGE COIN FUND LP, SALT | ) | |
| VENTURE GROUP LLC, ANTHONY | ) | |
| SCARAMUCCI, and BRETT MESSING, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING IN PART DEFENDANTS'
MOTION TO COMPEL ARBITRATION AND TO DISMISS AND OR/STAY**

For the reasons set forth on the record at the September 11, 2025 hearing conducted in this adversary proceeding, it is hereby ordered that:

1. *Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay* (the "Motion") [D.I. 22] is granted in part as set forth herein.

2. With respect to Counts 6-9 of the Complaint, Plaintiffs are directed to

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

participate in an arbitration proceeding in accordance with the SkyBridge LLCAs and the Subscription Agreement, and such claims are dismissed without prejudice.

3. The remaining counts of the Complaint (1-5, 10-13) are hereby stayed pending the respective arbitration referenced above.

4. The parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Dated: September 11, 2025
Wilmington, DE

Karen B. Owens
Chief Judge